**916**

No. 958. S. E. NICHOLS-DOVER, INC., ET AL. *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 3d Cir. Certiorari denied. *James L. Burke* for petitioners. *Solicitor General Griswold* and *Arnold Ordman* for respondent.

No. 973. OIL, CHEMICAL & ATOMIC WORKERS INTERNATIONAL UNION, AFL–CIO *v.* NATIONAL LABOR RELATIONS BOARD ET AL. C. A. 5th Cir. Certiorari denied. *Jerry D. Anker* and *Chris Dixie* for petitioner. *Solicitor General Griswold, Arnold Ordman, Dominick L. Manoli,* and *Norton J. Come* for National Labor Relations Board, and *W. D. Deakins, Jr.,* for Hess Oil & Chemical Corp., respondents.

No. 975. OPERATING ENGINEERS LOCAL UNION No. 3 ET AL. *v.* BURROUGHS. C. A. 9th Cir. Certiorari denied. *J. Albert Woll* for petitioners. *Stanley E. Sparrowe* for respondent.

No. 976. SHAPIRO *v.* CALIFORNIA. App. Dept., Super. Ct. Cal., County of Los Angeles. Certiorari denied. *Luke McKissack* for petitioner.

No. 978. CHAMBLISS *v.* COCA-COLA BOTTLING CO. ET AL. C. A. 6th Cir. Certiorari denied. *Jac Chambliss* and *John A. Chambliss, Jr.,* for petitioner. *Robert T. Keeler* for respondents.

No. 979. PHELPS *v.* STATE BOARD OF LAW EXAMINERS. Sup. Ct. Kan. Certiorari denied. *B. W. Storey* for petitioner. *Kent Frizzell,* Attorney General of Kansas, and *J. Richard Foth* and *Richard H. Seaton,* Assistant Attorneys General, for respondent.